AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:26-cv-3430

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Window Nation LLC

was received by me on *(date)*    7/29/2026     .

❒  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*    INCORP SERVICES, INC. - Callie    , who is

designated by law to accept service of process on behalf of *(name of organization)*    Window Nation LLC

on *(date)*  7/29/2026    ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  07/31/2026

*Server's signature*

Andrew Roman Perrong, Esq.
*Printed name and title*


1669 Edgewood Road, Suite 218
Yardley PA 19067
*Server's address*

Additional information regarding attempted service, etc:

Serve Location: 5441 S MACADAM AVE
PORTLAND OR 97239

Service Time: 2:58 PM