**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-3430

MICHAEL SCOFIELD, individually and on, )
behalf of all others similarly situated )
)
Plaintiff, )
v. )
)
WINDOW NATION, LLC, )
)
Defendant. )

---

**UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

---

Defendant Window Nation, LLC, by and through its undersigned counsel, Fairfield and Woods, P.C., and pursuant to D.C.COLO.LCivR 6.1(b), hereby moves for a 2-week extension of time, through and including September 3, 2026, for Defendant to file its Answer or Otherwise Respond to Plaintiff's Complaint, and in support thereof state as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1, the Parties conferred regarding Defendant's requested extension and Plaintiff does not oppose the requested extension.

**UNOPPOSED MOTION**

1. Plaintiff filed his Complaint on July 28, 2026.

2. Defendant was served the Complaint on July 30, 2026.

3. Defendant's responsive pleading is currently due on August 20, 2026.

4. Fed. R. Civ. P. 6(b)(1)(A) states ". . . the court may, for good cause, extend the time. . . if a request is made, before the original time or its extension expires." Good cause exists in this

instance.

5. Undersigned counsel was recently retained and needs additional time to investigate the facts, consider possible defenses and draft an appropriate response to the Complaint.

6. Defendant respectfully moves the Court for a two-week extension of time, up to and including September 3, 2026, to file its responsive pleading.

7. This is Defendant's first request for an extension.

8. This extension will not prejudice the parties or delay this action.

9. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this Unopposed Motion will be served Defendant as indicated in the Certificate of Service.

WHEREFORE, for good cause shown, Defendant respectfully moves the Court for a two-week extension of time, to and including September 3, 2026, in which to file its responsive pleading to Plaintiff's Complaint.

DATED: August 19, 2026.

Respectfully submitted,

By: *s/ Colin A. Walker*

Colin A. Walker
Fairfield and Woods P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Tel.: (303) 894 4450
Email: cwalker@fwlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of August 2026, a true and accurate copy of the foregoing **UNOPPOSED MOTION FOR TWO-WEEK EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER OR OTHER RESPONSE TO COMPLAINT** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Tel.: (215) 225-5529
Email: a@perronglaw.com
*Attorneys for Plaintiff*

Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this stipulation will be served on Defendant as follows:

George Bullock
Chief Financial Officer
Window Nation LLC
Email: gbullock@windownation.com

By: *s/ Colin A. Walker*
Colin A. Walker