**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-3430

MICHAEL SCOFIELD, individually and on, )
behalf of all others similarly situated )
)
Plaintiff, )
v. )
)
WINDOW NATION, LLC, )
)
Defendant. )

---

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

---

Defendant Window Nation, LLC, by and through its undersigned counsel, Fairfield and Woods, P.C., and pursuant to D.C.COLO.LCivR 6.1(b), hereby submit the following Fed. R. Civ. P. 7.1 Disclosure Statement:

1. Window Nation, LLC is a Maryland limited liability company with its principle place of business in Maryland.

2. Window Nation, LLC is a subsidiary of WIN Holdings III Corporation, its sole member. WIN Holdings III Corporation is a private Delaware corporation with its principal place of business in Maryland and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted this 19th day of August 2026.

Respectfully submitted,

By: *s/ Colin A. Walker*
Colin A. Walker
Fairfield and Woods P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Tel.: (303) 894 4450
Email: cwalker@fwlaw.com

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of August 2026, a true and accurate copy of the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Tel.: (215) 225-5529
Email: a@perronglaw.com
*Attorneys for Plaintiff*

By: *s/ Colin A. Walker*
Colin A. Walker