**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

MICHAEL SCOFIELD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WINDOW NATION, LLC,

Defendant.

Case No. 1:26-cv-03430-NYW

**ENTRY OF APPEARANCE**

Stephen A. Fogdall of Dilworth Paxson LLP certifies that he is a member of good standing of the bar of this court and hereby enters his appearance on behalf of Defendant Window Nation LLC in the above-entitled action and requests all notices, papers and documents in connection with this matter be sent to him.

Respectfully submitted this 29th day of October 2026.

By: */s/ Stephen Fogdall*
Stephen Fogdall, Esq.
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: (215)575-7050
sfogdall@dilworthlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of October 2026 a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was e-filed via CM/ECF upon the following:

Andrew R. Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Tel.: (215) 225-5529
Fax: (888) 329-0305
Email: a@perronglaw.com

By: *<u>/s/Stephen Fogdall</u>*